UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00051-MOC-DCK

| | | |
|---|---|---|
| **JEFFREY LENTINE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **FAIRPOINT COMMUNICATIONS, INC.** | ) | |
| **PAUL H. SUNU** | ) | |
| **EDWARD D. HOROWITZ** | ) | |
| **PETER D. AQUINO** | ) | |
| **DENNIS J. AUSTIN** | ) | |
| **CONSOLIDATED COMMUNICATIONS** | ) | |
| **HOLDINGS, INC.** | ) | |
| **PETER C. GINGOLD** | ) | |
| **FALCON MERGER SUB, INC** | ) | |
| **MICHAEL J. MAHONEY** | ) | |
| **DAVID L. TREADWELL** | ) | |
| **MICHAEL K. ROBINSON** | ) | |
| **WAYNE WILSON,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Preliminary Injunction (#7). Having considered the Motion and reviewed the pleadings, the court enters the following Order. Understanding the expedited briefing schedule as set in the court's Order (#11), the court will set time aside during a criminal jury trial to consider oral presentations from the parties on this Motion. Given that this hearing will cut into the agreed-upon time for the filing of plaintiff's Reply, the court will reset the Reply deadline for March 22, 2017.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion is set for a hearing on March 23, 2017, at 9:00 a.m. in Courtroom 2. Each side will have 15 minutes to present arguments to the court. The Reply deadline is reset to March 22, 2017.

Signed: March 15, 2017

*[signature]*

Max O. Cogburn Jr
United States District Judge