IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY LENTINE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIRPOINT COMMUNICATIONS, INC., PAUL H. SUNU, EDWARD D. HOROWITZ, PETER D. AQUINO, DENNIS J. AUSTIN, PETER C. GINGOLD, MICHAEL J. MAHONEY, MICHAEL K. ROBINSON, DAVID L. TREADWELL, WAYNE WILSON, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., and FALCON MERGER SUB, INC.,<br><br>Defendants. | Case No. 3:17-cv-00051-FDW-DCK |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims and without prejudice as to the claims of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 17, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310
**PROFY PROMISLOFF & CIARLANTO, P.C.**

**THE LAW OFFICES OF JASON E. TAYLOR P.C.**

By: */s/ Gary W. Jackson, Esq.*
Gary W. Jackson (NC Bar # 13976)
301 S. McDowell Street, Suite 1016
Charlotte, NC 28204
(800) 351-3008
*Attorneys for Plaintiff*

Joseph M. Profy
100 N. 22nd Street Unit 105
Philadelphia, PA 19103
(215) 259-5156